**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Lori Ann Gantert-Vanover                          CHAPTER 13
Debtor(s)

BKY. NO. 26-11349 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of Northpointe Bank and index same on the master mailing list.

Respectfully submitted,

/s/ *Matthew Fissel*

Matthew Fissel
21 Apr 2026, 14:18:48, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: 4936e22e940e139c88d1b965e7e2ef42bc1ad076328a96c0c940906180a7bcbb