UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

LORI ANN GANTERT VANOVER

CASE NO: 4:26-bk-11349

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13
ECF Docket Reference No. 15

On 5/8/2026, I did cause a copy of the following documents, described below,

Gantert-Vanover, Lori Ann, 2nd Amended Chapter 13 Plan ECF Docket Reference No. 15

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/8/2026

/s/ David W. Tidd, Esq.
David W. Tidd, Esq.  88203
Attorney at Law
David W. Tidd Law
200 Spring Ridge Drive, Second Floor, Suite 200
Wyomissing, PA 19610
610-838-8700
bankruptcy@davidtiddlaw.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

LORI ANN GANTERT VANOVER

CASE NO: 4:26-bk-11349

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13
ECF Docket Reference No. 15

On 5/8/2026, a copy of the following documents, described below,

Gantert-Vanover, Lori Ann, 2nd Amended Chapter 13 Plan ECF Docket Reference No. 15

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/8/2026

_Victoria Blake_

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
David W. Tidd, Esq.
David W. Tidd Law
200 Spring Ridge Drive, Second Floor, Suite 200
Wyomissing, PA  19610

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

~~EXCLUDE~~

 LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 426-BK-11349
EASTERN DISTRICT OF PENNSYLVANIA
FRI MAY 8 8-56-7 PST 2026

(P)CITIZENS BANK N A
ATTN BANKRUPTCY TEAM
ONE CITIZENS BANK WAY
JCA115
JOHNSTON RI 02919-1922

~~(U)NORTHPOINTE BANK~~

~~EXCLUDE~~

~~READING~~
~~UNITED STATES BANKRUPTCY COURT~~
~~OFFICE OF THE CLERK  GATEWAY BUILDING~~
~~201 PENN STREET  1ST FLOOR~~
~~READING  PA 19601-4038~~

CAPITAL ONE
ATTN BANKRUPTCY
PO BOX 30285
SALT LAKE CITY  UT 84130-0285

CAPITAL ONE
PO BOX 31293
SALT LAKE CITY  UT 84131-0293

CAPITAL ONE NATIONAL ASSOCIAT
711 N EDGEWOOD AVE
STE 200
WOOD DALE  IL 60191-1254

CAPITAL ONE  NA
4515 N SANTA FE AVE
OKLAHOMA CITY  OK 73118-7901

CENLARNORTHPOINTE BAN
PO BOX 77404
EWING  NJ 08628-6404

CHASE CARD SERVICES
ATTN BANKRUPTCY
PO BOX 15299
WILMINGTON  DE 19850-5299

CHASE CARD SERVICES
PO BOX 15369
WILMINGTON  DE 19850-5369

~~EXCLUDE~~
~~(D)(P)CITIZENS BANK N A~~
~~ATTN BANKRUPTCY TEAM~~
~~ONE CITIZENS BANK WAY~~
~~JCA115~~
~~JOHNSTON RI 02919-1922~~

~~EXCLUDE~~
~~(D)(P)CITIZENS BANK N A~~
~~ATTN BANKRUPTCY TEAM~~
~~ONE CITIZENS BANK WAY~~
~~JCA115~~
~~JOHNSTON RI 02919-1922~~

COMENITY CAPITAL BANK
350 CAMINO DE LA REINA
SAN DIEGO  CA 92108-3007

CWSCW NEXUS
ATTN BANKRUPTCY
PO BOX 9201
OLD BETHPAGE  NY 11804-9001

CWSCW NEXUS
PO BOX 9201
OLD BETHPAGE  NY 11804-9001

DISCOVERCARD
PO BOX 30939
SALT LAKE CITY  UT 84130-0939

(P)GLOBAL LENDING SERVICES LLC
1200 BROOKFIELD BLVD STE 300
GREENVILLE SC 29607-6583

~~EXCLUDE~~
~~(D)(P)GLOBAL LENDING SERVICES LLC~~
~~1200 BROOKFIELD BLVD STE 300~~
~~GREENVILLE SC 29607-6583~~

JPMORGAN CHASE BANK  NA
SBMT CHASE BANK USA  NA
CO NATIONAL BANKRUPTCY SERVICES  LLC
PO BOX 9013
ADDISON  TEXAS 75001-9013

JPMCB
ATTN BANKRUPTCY
PO BOX 15298
MONROE  LA 71207-5298

JPMCB
PO BOX 15369
WILMINGTON  DE 19850-5369

MERRICK BANK
RESURGENT CAPITAL SERVICES
PO BOX 10368
GREENVILLE  SC 29603-0368

MIDLAND CREDIT MANAGEM
350 CAMINO DE LA REINA
SAN DIEGO  CA 92108-3007

MIDLAND CREDIT MGMT
ATTN BANKRUPTCY
PO BOX 939069
SAN DIEGO  CA 92193-9069

NAVY FEDERAL CREDIT UNION
ATTN BANKRUPTCY
PO BOX 3302
MERRIFIELD VA 22119-3302

NAVY FEDERAL CREDIT UNION
PO BOX 3700
MERRIFIELD  VA 22119-3700

NORTHPOINTE BANK
CO KML LAW GROUP
701 MARKET STREET SUITE 5000
PHILADELPHIA  PA 19106-1541

NORTHPOINTE BANK
CO MATTHEW FISSEL
701 MARKET STREET  STE 5000
PHILADELPHIA  PA 19106-1541

ONEMAIN FINANCIAL GROUP  LLC
PO BOX 3251
EVANSVILLE  IN 47731-3251

ONEMAIN
PO BOX 1010
EVANSVILLE  IN 47706-1010

PORTFOLIO RECOV ASSOC
120 CORPORATE BLVD
NORFOLK  VA 23502-4952

(P)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

QUANTUM3 GROUP LLC AS AGENT FOR
BUREAUS INVESTMENT GROUP PORTFOLIO NO 15
PO BOX 788
KIRKLAND  WA  98083-0788

SYNCHRONY BANK
120 CORPORATE BLVD
NORFOLK  VA 23502-4952

THE BUREAUS INC
711 N EDGEWOOD AVE
STE 200
WOOD DALE  IL 60191-1254

EXCLUDE

THE BUREAUS INC
ATTN BANKRUPTCY
711 N EDGEWOOD AVE STE 200
WOOD DALE  IL 60191-1254

(P)US DEPARTMENT OF HOUSING  URBAN DEVELOPMENT
ATTN OFFICE OF REGIONAL COUNSEL
801 MARKET STREET 12TH FLOOR
PHILADELPHIA PA 19107-3126

UNITED STATES TRUSTEE
OFFICE OF UNITED STATES TRUSTEE
ROBERT NC NIX FEDERAL BUILDING
900 MARKET STREET
SUITE 320
PHILADELPHIA  PA 19107-4202

EXCLUDE

EXCLUDE

EXCLUDE

DAVID W TIDD
DAVID W TIDD  ESQUIRE
200 SPRING RIDGE DRIVE
SUITE 100
WYOMISSING  PA 19610-3343

LORI ANN GANTERTVANOVER
419 N 6TH ST
HAMBURG  PA 19526-1113

(P)SCOTT F WATERMAN CHAPTER 13 TRUSTEE
2901 ST LAWRENCE AVE
SUITE 100
READING PA 19606-2265