**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Lori Ann Gantert-Vanover | |
| Debtor(s) | |
| | CHAPTER 13 |
| Northpointe Bank, its successors and/or assigns | |
| Movant | |
| vs. | |
| | |
| Lori Ann Gantert-Vanover | NO. 26-11349 PMM |
| Debtor(s) | |
| | |
| Scott F. Waterman | |
| Trustee | |

**PRAECIPE TO WITHDRAW**

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of Northpointe Bank, which was filed with the Court on or about 05/04/2026.

Dated: June 15, 2026

Respectfully submitted,

/s/Maggie Soboleski
Maggie Soboleski, Esq.
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
Phone: (215)-627-1322
MSoboleski@kmllawgroup.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:Lori Ann Gantert-Vanover** | **BK NO. 26-11349 PMM** |
| **Debtor(s)** | **Chapter 13** |
| **Northpointe Bank** | |
| **Movant** | |
| **vs.** | |
| **Lori Ann Gantert-Vanover** | |
| **Debtor(s)** | |
| **Scott F. Waterman** | |
| **Trustee** | |

**CERTIFICATE OF SERVICE**

I, Maggie Soboleski, certify that on 6/16/2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Praecipe to Withdraw

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Dated: 6/16/2026

**/s/ Maggie Soboleski**
Maggie Soboleski, Esquire
Attorney I.D. 88268
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-2363
bkgroup@kmllawgroup.com

| Name and Address of Party Served | Relationship of Party | Via |
|---|---|---|
| Lori Ann Gantert-Vanover<br>419 N 6th St<br>Hamburg, PA 19526 | Debtor | ☐ Hand-delivered<br><br>☒ First Class Mail<br><br>☐ Certified mail<br><br>☐ E-mail<br><br>☐ CM/ECF<br><br>☐ Other<br>_____<br>(as authorized by the court *) |
| David W. Tidd, Esquire<br>200 Spring Ridge Drive<br>Suite 100<br>Wyomissing, PA 19610 | Attorney for Debtor | ☐ Hand-delivered<br><br>☐ First Class Mail<br><br>☐ Certified mail<br><br>☐ E-mail<br><br>☒ CM/ECF<br><br>☐ Other<br>_____<br>(as authorized by the court *) |
| Scott F. Waterman<br>Chapter 13 Trustee<br>2901 St. Lawrence Ave. Suite 100<br>Reading, PA 19606 | Trustee | ☐ Hand-delivered<br><br>☐ First Class Mail<br><br>☐ Certified mail<br><br>☐ E-mail<br><br>☒ CM/ECF<br><br>☐ Other<br>_____<br>(as authorized by the court *) |