UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                                    Chapter 13
    Lori Ann Gantert-Vanover                     Bankruptcy No.26-11349-PMM


    Debtor

CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection*

*of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case

has been served this 14th day of July, 2026, by first class mail upon those listed below:


Lori Ann Gantert-Vanover
419 N 6th St
Hamburg, PA  19526

**Electronically via CM/ECF System Only:**

DAVID W TIDD ESQ
200 SPRING RIDGE DR, STE 200
WYOMISSING, PA  19610


/s/ Kristen Gliem
Kristen Gliem
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee