United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 26-11349-pmm
Lori Ann Gantert-Vanover Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4 User: admin Page 1 of 3
Date Rcvd: Aug 07, 2026 Form ID: 155 Total Noticed: 42

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lori Ann Gantert-Vanover, 419 N 6th St, Hamburg, PA 19526-1113 |
| 15151110 | + | Borough of Hamburg, c/o Karen H. Cook, Esq., Masano Bradley, 875 Berkshire Boulevard, Suite 100 Wyomissing, PA 19610-1246 |
| 15122891 | | Cenlar/northpointe Ban, PO Box 77404, Ewing, NJ 08628-6404 |
| 15133579 | + | Northpointe Bank, C/O Matthew Fissel, 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15150870 | + | Email/Text: utilities@hamburgboro.com | Aug 08 2026 01:47:00 | BOROUGH OF HAMBURG, 61 North Third Street,, Hamburg, PA 19526-1501 |
| 15150107 | | Email/Text: cenlar_bkmail@ecf.epiqsystems.com | Aug 08 2026 01:47:00 | Cenlar FSB Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618 |
| 15122894 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Aug 08 2026 01:46:00 | Citizens Bank NA, 1 Citizens Bank Way, Johnston, RI 02919-1922 |
| 15122895 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Aug 08 2026 01:46:00 | Citizens Bank NA, Attn: Bankruptcy, 1 Citizens Plz, Providence, RI 02903-1344 |
| 15122889 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 08 2026 01:52:31 | Capital One, AttN: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15122888 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 08 2026 01:52:25 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 15122890 | | Email/Text: bnc-thebureaus@quantum3group.com | Aug 08 2026 01:47:00 | Capital One National Associat, 711 N Edgewood Ave, Ste 200, Wood Dale, IL 60191-1254 |
| 15128624 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 08 2026 01:52:31 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15122892 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 08 2026 01:52:28 | Chase Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 15122893 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 08 2026 01:52:28 | Chase Card Services, Attn: Bankruptcy, PO Box 15299, Wilmington, DE 19850-5299 |
| 15122896 | | Email/Text: bankruptcydpt@mcmcg.com | Aug 08 2026 01:47:00 | Comenity Capital Bank, 350 Camino de la Reina, San Diego, CA 92108-3007 |
| 15122898 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 08 2026 01:52:28 | Cws/cw Nexus, Attn: Bankruptcy, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 15122897 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 08 2026 01:52:25 | Cws/cw Nexus, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 15122899 | | Email/Text: mrdiscen@discover.com | Aug 08 2026 01:46:00 | Discovercard, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 15122900 | | Email/Text: bankruptcy@glsllc.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Aug 08 2026 01:46:00 | Global Lending Services LLC, 1200 Brookfield Blvd, Ste 300, Greenville, SC 29607-6583 |
| 15149322 | | Email/Text: bankruptcy@glsllc.com | Aug 08 2026 01:46:00 | Global Lending Services LLC, 1200 Brookfield Blvd Ste 300, Greenville, South Carolina 29607 |
| 15122901 | | Email/Text: bankruptcy@glsllc.com | Aug 08 2026 01:46:00 | Global Lending Services LLC, Attn: Bankruptcy, PO Box 10437, Greenville, SC 29603-0437 |
| 15135960 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Aug 08 2026 01:46:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15122902 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 08 2026 01:52:28 | Jpmcb, PO Box 15369, Wilmington, DE 19850-5369 |
| 15122903 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 08 2026 01:52:28 | Jpmcb, Attn: Bankruptcy, PO Box 15298, Monroe, LA 71207-5298 |
| 15131311 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 08 2026 01:52:25 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15122904 | | Email/Text: bankruptcydpt@mcmcg.com | Aug 08 2026 01:47:00 | Midland Credit Managem, 350 Camino de la Reina, San Diego, CA 92108-3007 |
| 15143449 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 08 2026 01:47:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15122905 | | Email/Text: bankruptcydpt@mcmcg.com | Aug 08 2026 01:47:00 | Midland Credit Mgmt, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 15122907 | | Email/Text: ext_ebn_inbox@navyfederal.org | Aug 08 2026 01:47:00 | Navy Federal Credit Union, Attn: Bankruptcy, PO Box 3302, Merrifield, VA 22119-3302 |
| 15122906 | | Email/Text: ext_ebn_inbox@navyfederal.org | Aug 08 2026 01:47:00 | Navy Federal Credit Union, PO Box 3700, Merrifield, VA 22119-3700 |
| 15132194 | ^ | MEBN | Aug 08 2026 01:44:32 | Northpointe Bank, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 15129580 | + | Email/PDF: cbp@omf.com | Aug 08 2026 01:52:31 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 15122908 | | Email/PDF: cbp@omf.com | Aug 08 2026 01:52:31 | Onemain, PO Box 1010, Evansville, IN 47706-1010 |
| 15150576 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 08 2026 01:52:31 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 15122910 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 08 2026 01:52:28 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 15122909 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 08 2026 01:52:31 | Portfolio Recov Assoc, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 15124771 | | Email/Text: bnc-quantum@quantum3group.com | Aug 08 2026 01:47:00 | Quantum3 Group LLC as agent for, BUREAUS INVESTMENT GROUP PORTFOLIO NO 15, PO Box 788, Kirkland, WA 98083-0788 |
| 15152363 | | Email/Text: bnc-quantum@quantum3group.com | Aug 08 2026 01:47:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15122911 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 08 2026 01:52:31 | Synchrony Bank, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 15122912 | | Email/Text: bnc-thebureaus@quantum3group.com | Aug 08 2026 01:47:00 | The Bureaus Inc, 711 N Edgewood Ave, Ste 200, Wood Dale, IL 60191-1254 |
| 15122913 | | Email/Text: bnc-thebureaus@quantum3group.com | Aug 08 2026 01:47:00 | The Bureaus Inc, Attn: Bankruptcy, 711 N Edgewood Ave Ste 200, Wood Dale, IL 60191-1254 |
| 15123331 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Aug 08 2026 01:52:25 | U.S. Department of Housing and Urban |

Development, 801 Market Street, 12th Floor,
Philadelphia, PA 19107

TOTAL: 38

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 7, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| DAVID W. TIDD | on behalf of Debtor Lori Ann Gantert-Vanover bankruptcy@davidtiddlaw.com |
| KAREN H. COOK | on behalf of Borough of Hamburg kcook@masanobradley.com JHolguin@masanobradley.com |
| MAGGIE S SOBOLESKI | on behalf of Creditor Northpointe Bank msoboleski@kmllawgroup.com 3532@notices.nextchapterbk.com |
| MATTHEW K. FISSEL | on behalf of Creditor Northpointe Bank bkgroup@kmllawgroup.com matthew.fissel@brockandscott.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

***Form 155*** (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| Lori Ann Gantert−Vanover | ) | Case No. 26−11349−pmm |
| | ) | |
| | ) | |
| Debtor(s). | ) | Chapter: 13 |
| | ) | |
| | ) | |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: August 6, 2026

For The Court

Patricia M. Mayer
Judge, United States Bankruptcy Court