Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Lori Ann Gantert-Vanover
419 N 6th St
Hamburg, PA 19526

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 26-11349-PMM**

Petition Filed Date: 03/31/2026
341 Hearing Date: 04/28/2026
Confirmation Date: 08/06/2026

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/01/2026 | $206.41 | | 05/28/2026 | $217.99 | | 06/29/2026 | $176.12 | |
| 07/27/2026 | $176.12 | | | | | | | |

**Total Receipts for the Period: $776.64 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $776.64**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | US DEPARTMENT OF HUD<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | CITIZENS BANK NA<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | QUANTUM3 GROUP LLC<br>»» 003 | Unsecured Creditors | $442.16 | $0.00 | $442.16 |
| 0 | DAVID W TIDD ESQ | Attorney Fees | $4,148.00 | $716.84 | $3,431.16 |
| 4 | CAPITAL ONE BANK (USA) NA<br>»» 004 | Unsecured Creditors | $430.31 | $0.00 | $430.31 |
| 5 | ONEMAIN FINANCIAL GROUP LLC<br>»» 005 | Unsecured Creditors | $807.07 | $0.00 | $807.07 |
| 6 | MERRICK BANK<br>»» 006 | Unsecured Creditors | $2,700.12 | $0.00 | $2,700.12 |
| 7 | JP MORGAN CHASE BANK NA<br>»» 007 | Unsecured Creditors | $3,628.92 | $0.00 | $3,628.92 |
| 8 | MIDLAND CREDIT MANAGEMENT INC<br>»» 008 | Unsecured Creditors | $646.77 | $0.00 | $646.77 |
| 9 | GLOBAL LENDING SERVICES LLC<br>»» 009 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | CENLAR FSB<br>»» 010 | Mortgage Arrears | $1,295.88 | $0.00 | $1,295.88 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 011 | Unsecured Creditors | $5,984.00 | $0.00 | $5,984.00 |
| 12 | BOROUGH OF HAMBURG<br>»» 012 | Secured Creditors | $4,131.04 | $0.00 | $4,131.04 |
| 13 | QUANTUM3 GROUP LLC<br>»» 013 | Unsecured Creditors | $528.58 | $0.00 | $528.58 |

**Chapter 13 Case No. 26-11349-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $776.64 | Current Monthly Payment: | $176.12 |
| Paid to Claims: | $716.84 | Arrearages: | $0.00 |
| Paid to Trustee: | $59.80 | Total Plan Base: | $10,639.36 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.