IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>LORI ANN GANTERT-VANOVER,<br>Debtor,<br><br>GLOBAL LENDING SERVICES LLC,<br>Movant,<br><br>v.<br><br>LORI ANN GANTERT-VANOVER, and<br>SCOTT F. WATERMAN, Trustee,<br>Respondents. | Bankruptcy No. 26-11349-pmm<br><br>Chapter 13 |

CERTIFICATE OF SERVICE

I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on the September 21, 2026, I served copies of the Motion for Relief from the Automatic Stay and Notice of Hearing upon the parties in interest in this proceeding, by first class U.S. Mail, postage prepaid or electronically via the court's CM/ECF system at the following addresses:

| | |
|---|---|
| **Lori Ann Gantert-Vanover**<br>419 N 6th St<br>Hamburg, PA 19526 | **DAVID W. TIDD**<br>David W. Tidd, Esquire<br>200 Spring Ridge Drive<br>Suite 200<br>Wyomissing, PA 19610 |

Service via electronic communication:

| | |
|---|---|
| **SCOTT F. WATERMAN**<br>Chapter 13 Trustee<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA 19606 | Office of the U.S. Trustee<br>Robert N.C. Nix Federal Building<br>Suite 320<br>Philadelphia, PA 19107 |

By: /s/*Keri P. Ebeck*
Keri P. Ebeck, Esq.
PA I.D. # 91298
kebeck@metzlewis.com
444 Liberty Avenue, Suite 2100
Pittsburgh, PA 15222
Phone - (412) 918-1112