UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re. Lori Gantert-Vanover, | : | No. 26-11349-PMM |
| | : | |
| Debtor(s). | : | Chapter 13 |

DEBTOR'S RESPONSE TO MOTION FOR RELIEF
BY GLOBAL LENDING SERVICES, LLC

Debtor, by and through counsel, hereby responds to the above-mentioned Motion as follows:

1 – 11. Admitted. By way of further response, Debtor has brought her account current as of the date of this response.

WHEREFORE, Debtor respectfully requests that this Honorable Court deny Movant's request for relief from the automatic stay.

Respectfully submitted,

October 8, 2026

/s/ David W. Tidd
ID 88203
200 Spring Ridge Drive, Suite 200
Wyomissing, PA 19610
Phone: 610-838-8700
Email: bankruptcy@davidtiddlaw.com